```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

SHANNON L. GOULD, as Special
Administrator of the Estate of
SANDRA CARPENTER                                            PLAINTIFF

V.                         No. 2:10-CV-02025

RHEEM MANUFACTURING COMPANY                                 DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 1st day of April, 2011 comes on for consideration the above-styled cause.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the court, it is ORDERED that the Complaint herein be DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 1st day of April, 2011.

                                    */s/ Paul K. Holmes, III*
                                    **Paul K. Holmes, III**
                                    **UNITED STATES DISTRICT JUDGE**